UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>OMAR JAMEL WILLIAMS,<br>　　　　Defendant. | Case No. 12-cr-00455-PJH-1<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL AND SETTING FILING DEADLINES**<br><br>Re: Dkt. No. 37 |

Before the court is the renewed motion of defendant Omar Jamel Williams for appointment of the Federal Public Defender to represent him in seeking a sentence reduction, which is construed as a request for appointment of counsel to file a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) in light of Amendment 782 to the United States Sentencing Guidelines Manual, effective November 1, 2014. Although the court's October 10, 2014 order, denying the earlier filed motion for appointment of counsel as premature, instructed defendant to file a motion for sentence reduction and for appointment of counsel after the effective date of Amendment 782, defendant seeks appointment of counsel to help him file the appropriate motion. Doc. no. 37. Defendant's motion for appointment of counsel is hereby GRANTED.

Pursuant to Miscellaneous Order 2014.10.14, Tony Tamburello is REAPPOINTED as the CJA Panel Attorney to represent defendant in seeking 18 U.S.C. § 3582(c)(2) relief. If Mr. Tamburello is unavailable or otherwise declines the appointment, the Federal Public Defender's Office is appointed to represent defendant, provided there is no conflict. If the Federal Public Defender's Officer cannot represent defendant, a new

CJA panel attorney shall be appointed. In accordance with Criminal Local Rule 44-2(a), counsel may inform the court of his or her appearance on behalf of defendant by electronically filing a notice of appearance.

Within 30 days of filing of a notice of appearance, counsel for defendant shall meet and confer with the Probation Office and the United States Attorney's Office, and shall file either a motion pursuant to § 3582(c)(2) or a status report or stipulation, including a proposal for how the matter should proceed or be resolved. If defendant files a represented motion to reduce sentence, the government must file an opposition within 28 days of the filing of the motion, and defendant may file a reply brief 14 days thereafter.

**IT IS SO ORDERED.**

Dated: November 5, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge